```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05288
   SHELLY L KEMPF
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0140


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/23/2007 and was not confirmed.

     The case was dismissed without confirmation 06/28/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG         .00              .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE         .00              .00            .00
BARNES AUTO GROUP        SECURED VEHIC         .00              .00            .00
ACCOUNT RECOVERY SERVICE UNSECURED         NOT FILED            .00            .00
ANDERSON FINANCIAL NETWO UNSECURED         NOT FILED            .00            .00
SBC                      UNSECURED         NOT FILED            .00            .00
SBC                      UNSECURED         NOT FILED            .00            .00
AMALGMATED BANK          UNSECURED         NOT FILED            .00            .00
AMALGMATED BANK          NOTICE ONLY       NOT FILED            .00            .00
AMALGMATED BANK          UNSECURED         NOT FILED            .00            .00
AMERICAN HONDA FINANCE C UNSECURED         11772.54             .00            .00
CBT ASPIRE               UNSECURED         NOT FILED            .00            .00
BANK OF AMERICA          NOTICE ONLY       NOT FILED            .00            .00
BANK OF AMERICA MORTGAGE NOTICE ONLY       NOT FILED            .00            .00
CAPITAL ONE BANK         NOTICE ONLY       NOT FILED            .00            .00
CAPITAL ONE BANK         NOTICE ONLY       NOT FILED            .00            .00
CHASE BANK USA           UNSECURED           245.47             .00            .00
CHASE                    NOTICE ONLY       NOT FILED            .00            .00
CHASE                    NOTICE ONLY       NOT FILED            .00            .00
CHASE                    NOTICE ONLY       NOT FILED            .00            .00
CHASE                    NOTICE ONLY       NOT FILED            .00            .00
CHASE                    UNSECURED         NOT FILED            .00            .00
CHASE MANHATTAN MORTGAGE NOTICE ONLY       NOT FILED            .00            .00
CITIBANK                 NOTICE ONLY       NOT FILED            .00            .00
CITIBANK                 NOTICE ONLY       NOT FILED            .00            .00
CITIBANK                 NOTICE ONLY       NOT FILED            .00            .00
COLLECTION SYSTEMS INC   UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED           783.57             .00            .00
DEPENDON COLLECTIONS SER UNSECURED         NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI UNSECURED            84.46             .00            .00
DISCOVER CARD            NOTICE ONLY       NOT FILED            .00            .00
DISCOVER CARD            NOTICE ONLY       NOT FILED            .00            .00
EXXON MOBILE             UNSECURED         NOT FILED            .00            .00
FASHION BUG/SOANB        NOTICE ONLY       NOT FILED            .00            .00
FIRST BANK OF DELWARE    UNSECURED         NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05288 SHELLY L KEMPF
```

```
PREMIER BANKCARD            UNSECURED         533.79              .00            .00
PREMIER BANKCARD            UNSECURED         453.17              .00            .00
FIRST USA BANK NA           NOTICE ONLY   NOT FILED               .00            .00
FIRST USA BANK NA           NOTICE ONLY   NOT FILED               .00            .00
ECAST SETTLEMENT CORP       UNSECURED         208.74              .00            .00
ECAST SETTLEMENT CORP       UNSECURED         694.99              .00            .00
HSBC NV                     UNSECURED     NOT FILED               .00            .00
HSBC NV                     NOTICE ONLY   NOT FILED               .00            .00
HSBC/BEST BUY               NOTICE ONLY   NOT FILED               .00            .00
HSBC/RS                     NOTICE ONLY   NOT FILED               .00            .00
WARD/MBGA                   NOTICE ONLY   NOT FILED               .00            .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         777.70              .00            .00
NBGL CARSONS                NOTICE ONLY   NOT FILED               .00            .00
HSBC/CARSONS                NOTICE ONLY   NOT FILED               .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED     NOT FILED               .00            .00
NICOR                       UNSECURED     NOT FILED               .00            .00
NICOR                       UNSECURED     NOT FILED               .00            .00
NICOR                       NOTICE ONLY   NOT FILED               .00            .00
NUVELL CREDIT CORPORATIO    UNSECURED       11538.16              .00            .00
OPTION ONE MORTGAGE CO      NOTICE ONLY   NOT FILED               .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         408.69              .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED     NOT FILED               .00            .00
TCF BANK                    UNSECURED     NOT FILED               .00            .00
NEXTEL COMMUNICATION        UNSECURED     NOT FILED               .00            .00
AT & T BANKRUPCTY           UNSECURED     NOT FILED               .00            .00
TNB-TARGET                  UNSECURED     NOT FILED               .00            .00
TARGET NATIONAL BANK        UNSECURED         342.91              .00            .00
UNVL CITI                   NOTICE ONLY   NOT FILED               .00            .00
WASHINGTON MUTUAL           NOTICE ONLY   NOT FILED               .00            .00
WEST ASSET MANAGEMENT       UNSECURED     NOT FILED               .00            .00
WELLS FARGO FINANCIAL       NOTICE ONLY   NOT FILED               .00            .00
UBS REAL ESTATE SECURITI    NOTICE ONLY   NOT FILED               .00            .00
BARNES AUTO GROUP           UNSECURED        1643.83              .00            .00
ROBERT V SCHALLER ^         DEBTOR ATTY         .00                              .00
TOM VAUGHN                  TRUSTEE                                              .00
DEBTOR REFUND               REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00

                PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05288 SHELLY L KEMPF
```

```
                           ---------------        ---------------
TOTALS                                .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/26/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```